# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>The Cellular Telephone Assigned Call Number<br>(414) 712-0545 ("the SUBJECT PHONE"), as<br>further described in Attachment A | ) ) ) ) ) )    Case No.   24   MJ   214 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____
*(identify the person or describe the property to be searched and give its location)*:
   See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
   See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before    10/31/2024    *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Hon. William E. Duffin   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    10/17/2024 at 11:15 a.m.        *William E. Duffin*
                                                                                       *Judge's signature*

City and state:    Milwaukee, WI                Honorable William E. Duffin, U.S. Magistrate Judge
                                                                                       *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 24-MJ-214 | 10/18/2024 12:00 pm | N/A |

Inventory made in the presence of: N/A

Inventory of the property taken and name(s) of any person(s) seized:

HISTORICAL CELL SITE LOCATION FOR 414-712-0545

JAD

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/28/2024

_Executing officer's signature_

JACOB DETTMERING, SPECIAL AGENT
_Printed name and title_

# ATTACHMENT A
## Property to Be Searched

This warrant applies to records and information associated with the cellular telephone assigned call number **(414) 712-0545** and IMSI 310410298701914 ("the Account"), that are stored at premises controlled by **AT&T** ("the Provider"), headquartered at 11760 U.S. Highway 1, Suite 300, North Palm Beach Florida.

1

## ATTACHMENT B
## Particular Things to be Seized

I. **Information to be Disclosed by the Provider**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any information that has been deleted but is still available to the Provider or that has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose to the government the following information pertaining to the Account listed in Attachment A for the time period **October 1, 2020 to April 7, 2021**:

    a. The following subscriber and extended subscriber information about the customers or subscribers of the Account:

        i. Names (including subscriber names, usernames, and screen names);

        ii. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

        iii. Local and long-distance telephone connection records;

        iv. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

        v. Length of service (including start date) and types of service utilized;

        vi. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"); Mobile Identification Number ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"); International Mobile Subscriber Identity Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI"); device make and model;

        vii. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and

viii. Means and source of payment for such service (including any credit card or bank account number) and billing records.

b. All records and other information (not including the contents of communications) relating to wire and electronic communications sent or received by the Account, including:

i. the date and time of the communication, the method of the communication, and the source and destination of the communication (such as the source and destination telephone numbers); call detail records for voice, SMS, MMS, and data; email addresses and IP addresses (including source and destination); and

ii. information regarding the cell towers and sectors through which the communications were sent and received; and

iii. per call measurement and timing advance data (PCMD, RTT, True Call, LOCDBOR, or similar)

## II. Information to be Seized by the Government

All information described above in Section I that constitutes evidence, of violations of 18 U.S.C. §§ 1958 & 2(a) (murder for hire and conspiracy to commit murder for hire) and §§ 924(c)(1)(A)(iii) & 2(a) (discharge a firearm during a crime of violence) involving **LAWRENCE TURNER** during the period **October 1, 2020, to April 7, 2021.**

3